```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CR3062 |
| | ) | |
| v. | ) | |
| | ) | |
| JASON MULLEN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

1. Defendant's filing 209 is ordered stricken, and the defendant is directed to deliver the original Order Setting Conditions of Release Pending Revocation Hearing to the clerk's office for filing.

2. Defendant's motion to restrict document, filing 208, is denied as moot.

DATED this 1st day of October, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge