IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:06CR3062 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| JASON MULLEN, | ) | |
| | ) | |
| Defendant. | ) | |

After consultation with the probation officer and the lawyers,

IT IS ORDERED that disposition of this case (sentencing) is set for Wednesday, January 28, 2009, at 12:30 p.m. before the undersigned United States district judge. The defendant shall be present.

November 18, 2008.        BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge