IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:06CR3062 |
| ) | |
| JASON MULLEN, ) | |
| ) | |
| Defendant. ) | |

### ORDER

THIS MATTER comes before the Court on defendant's Unopposed Motion to Continue Revocation Hearing, filing 218, now set for April 8, 2009, at 1:00 p.m. until a date certain in mid-June or early July, 2009. The Court, being fully advised in the premises, and noting that the government and probation office have no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the revocation hearing scheduled in this case shall be continued until the 9th day of July, 2009, at 12:30 p.m. The defendant is ordered to appear at such time.

April 1, 2009.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge