IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,           )
                                    )
                    Plaintiff,      )
                                    )
v.                                  )        Case No.  4:06CR3062
                                    )
JASON MULLEN,                       )
                                    )
                    Defendant.      )

## ORDER

THIS MATTER comes before the Court on defendant's Unopposed Motion to Continue Disposition Hearing, filing 237, now set for July 9, 2009, at 12:30 p.m. until a date certain in approximately 60 days.  The Court, being fully advised in the premises, and noting that the government and probation office have no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the disposition hearing scheduled in this case shall be continued until the 9th day of September, 2009, at noon for one-half hour.  The defendant is ordered to appear at such time.

Dated this 7th day of July, 2009.

BY THE COURT:


s/Richard G. Kopf
United States District Judge