IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:06CR3062 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| JASON MULLEN, | ) | |
| | ) | |
| Defendant. | ) | |

On the defendant's oral motion, and without objection by the government,

IT IS ORDERED that Defendant Mullen's revocation hearing is rescheduled to Wednesday, September 16, 2009, at 1:30 p.m., before the undersigned United States district judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

Dated September 2, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge